IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORENA WIEST<br>    Plaintiff,<br>v.<br><br>WALMART INC., and WAL-MART STORES EAST, LP, and WAL-MART STORES EAST, INC.<br>    Defendants. | CIVIL ACTION - LAW<br><br>No.<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF REMOVAL

  Defendants, Walmart Inc, Wal-Mart Stores East, LP and Wal-Mart Stores East, Inc. (hereinafter collectively referred to as "Walmart"), by and through their counsel, Law Offices of McDonnell & Associates, PC, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446(b) and (c) remove this action from the Court of Common Pleas of Philadelphia County, January Term, 2023, No. 01432, where it is now pending, to the United States District Court for the Eastern District of Pennsylvania.  In support thereof, Defendants aver as follows:

  1.  Plaintiff, Lorena Wiest, initiated this personal injury action by filing a Complaint in the Court of Common Pleas of Philadelphia County on or about January 20, 2023. *See* a true and correct copy of Complaint hereto as Exhibit "A."

  2.  Specifically, Plaintiff alleges that on or about September 23, 2021, she was a business invitee in a Walmart retail store premises located at 110 Commons Drive, Parkesburg, Pennsylvania, when she suffered injury by reason of coming in contact with an unknown liquid on the floor.  *See* Exhibit "A;" ¶8.

  3.  According to the Complaint, Plaintiff "suffered severe and permanent and bodily injuries" by reason of encountering the aforementioned dangerous and defective

condition at the aforesaid location, causing Plaintiff the injuries that form the basis for this action. *See* Exhibit "A;" ¶9.

4. More specifically, Plaintiff alleges she sustained the following serious and permanent injuries, including, but not limited to, "lumbar disc herniation at L5-S1, multilevel disc protrusion, interstitial tear of the Achilles tendon of the left ankle, left knee sprain and strain, lumbar radiculitis, lumbar sprain and strain, [and] post traumatic headaches." *See* Exhibit "A;" ¶12.

5. Against this factual backdrop, Plaintiffs alleges that Defendants were careless and negligent in causing Plaintiff's fall and resulting bodily injuries. See Exhibit "A" ¶11.

6. Plaintiffs seeks damages in excess of $50,000, which is more than can properly be alleged under Pennsylvania's Rules of Civil Procedure—indicating a major jury case, not a matter eligible for arbitration. *See* Exhibit "A" *ad damnum clause.*

7. Defense Counsel requested Plaintiff to stipulate that damages do not exceed $75,000, but that request was denied. *See* Emails between Walmart and Plaintiff's Counsel, attached as Exhibit "B"

8. Plaintiff's Complaint was served on Defendants via USPS on January 20, 2023. *See* Affidavit of Service attached as Exhibit "C."

9. The elements for federal jurisdiction—diversity of citizenship and amount in controversy—are sufficiently ascertained from the Complaint; therefore, removal is proper under 28 U.S.C. § 1446(b)(1); *See also, Hiester v. Wal-Mart Stores East, LP*, 2:18-cv-04863-GAM (E.D. Pa. 2018) attached as Exhibit "D."

10. The Court of Common Pleas for Philadelphia County is within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania.

11. Plaintiff alleges that she is a citizen and residents of the Commonwealth of Pennsylvania, specifically residing at 430 Valley Road, Coatesville, Pennsylvania. See Exhibit "A;" ¶1.

12. Defendant Wal-Mart Stores East, LP, is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas.

13. Wal-Mart Stores East, LLC, formerly known as Walmart Stores East Inc., is an Arkansas limited liability company with its principal place of business in Bentonville, Arkansas 72716

14. Wal-Mart Stores East, LP is owned solely (100%) by Wal-Mart Stores, Inc., now known as Walmart Inc., a Delaware corporation with its principal place of business in Arkansas, through various wholly-owned operating entities as follows: Walmart Inc. (WMT) is the sole (100%) owner of Wal-Mart Stores East, LLC (WMSE), which is an Arkansas corporation with its principal place of business in Arkansas. Wal-Mart Stores East, LLC, is the sole (100%) owner of WSE Management, LLC, and WSE Investment, LLC, which are both Delaware limited liability companies whose principal places of business are in Arkansas. WSE Investment, LLC, is the 99% owner and limited partner of Wal-Mart Stores East, LP. WSE Management, LLC, is the 1% owner and general partner of Wal-Mart Stores East, LP. Accordingly, Wal-Mart Stores East, LP, is owned by two Delaware limited companies whose sole owner and shareholder is an Arkansas corporation (WMSE), which in turn is wholly-owned by a Delaware corporation (WMT). For the purposes of diversity of citizenship, Wal-Mart Stores East, LP is a citizen of the States of Arkansas and Delaware.

15. None of Wal-Mart Stores East, LP's limited or general partners are citizens of the Commonwealth of Pennsylvania, so the requirements of diversity jurisdiction are satisfied.

16. As set forth above, collectively, all Defendants are citizens of the States of

Delaware and Arkansas.

17. None of the Defendants are citizens of the Commonwealth of Pennsylvania.

18. Accordingly, Plaintiff is diverse from the named Defendants and the requirements of diversity jurisdiction are satisfied.

19. Regarding the amount in controversy, taking the damages alleged in the Complaint in their entirety, the fact that Plaintiff certified that the case was not eligible for arbitration, and Plaintiff's failure to stipulate that damages do not exceed $75,000, this Court can conclude that the amount in controversy exceeds the jurisdictional limits under 28 U.S.C. §1332.

20. This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Complaint on January 20, 2023. *See,* Exhibit "C."

21. Removal from the Philadelphia County Court of Common Pleas is proper under 28 U.S.C. §1441(a) and (b), which authorizes the removal of any civil action of which the District Courts of the United States has original jurisdiction and if none of the parties in interest properly joined and served as a defendant is a citizen of the state in which such action is brought.

22. This Court has original jurisdiction over the subject matter under 28 U.S.C. §1332 as the parties are citizens of different states, and the matter in controversy exceeds $75,000 as set forth herein.

23. Defendants have a good faith belief, and therefore submit that the matter in controversy exceeds the value of $75,000, exclusive of interest and costs.

24. Based on the foregoing, including Plaintiff's allegations of severe permanent injuries and Plaintiff's certification that this matter should not go to arbitration, the

preponderance of the evidence establishes that the requirements of 28 U.S.C. §§ 1441(a) and (b) and 1446(b) and (c) have been satisfied and the within matter is properly removable.

**WHEREFORE**, Defendants, Walmart Inc, Wal-Mart Stores East, LP and Wal-Mart Stores East, Inc., respectfully request that the State Action be removed from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

MCDONNELL & ASSOCIATES, P.C.

Dated: February 8, 2023

By: /s/ *Audrey Westerman*
Audrey Westerman, Esquire
Attorney ID No.: 319287
Patrick J. McDonnell, Esquire
Attorney ID No.: 62310
*Attorneys for Wal-Mart Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORENA WIEST<br>　　　　　Plaintiff,<br>v.<br><br>WALMART INC., and WAL-MART STORES EAST, LP, and WAL-MART STORSE EAST, INC.<br>　　　　　Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PA<br><br>JANUARY TERM, 2023<br>No: 01432<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, Audrey Westerman, Esquire hereby certify that on the 7th day of February, 2023, Defendants' Notice of Removal was filed electronically with the Court and is available for viewing and downloading from the First Judicial District Electronic Filing System. The filed document was served via electronic mail by the First Judicial District Electronic Filing System on the following registered E-Filing User:

Richard Kugel, Esquire
Spear, Greenfield, Richman, Weitz & Taggart P.C.
Two Penn Center Plaza, Suite 200
1500 JFK Blvd.
Philadelphia, PA 19102
*Attorneys for Plaintiff*

Dated: February 8, 2023

**MCDONNELL & ASSOCIATES, P.C.**

By: /s/ *Audrey Westerman*
Audrey Westerman, Esquire
Attorney ID No.: 319287
Patrick J. McDonnell, Esquire
Attorney ID No.: 62310
*Attorneys for Wal-Mart Defendants*