** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 28, 2023 at 2:22:52 PM EST | 6103372575 | 135 | 4 | Received |

Case 2:23-cv-00502-JS   Document 11   Filed 02/28/23   Page 1 of 4

Feb. 28. 2023  2:20PM                                           No. 7622   P. 1

Law Offices Of

# McDonnell & Associates, P.C.

Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, Pennsylvania 19406
Telephone:   610-337-2087
Facsimile:    610-337-2575

**Jennifer Lemanowicz, Esquire**
jlemanowicz@mcda-law.com
*Admitted in Pennsylvania*

**Christina Schmucker, Paralegal**
cschmucker@mcda-law.com

# FAX TRANSMISSION

**DATE:**            February 28, 2023

**TO:**              The Honorable Juan R. Sánchez
                     267-299-5067

**FROM:**            Jennifer Lemanowicz, Esquire / Christina Schmucker, Paralegal

**CLIENT/MATTER NO:** Lorena Wiest v. Walmart Inc., et al.
                      U.S.DC EDPA Docket No. 2:23-cv-00502
                      Our File No.: 282.431

**PAGES:**           __4__ (including this cover sheet)

**COMMENTS:**        PLEASE SEE ATTACHED CORRESPONDENCE SENT ON BEHALF OF ATTORNEY JENNIFER LEMANOWICZ, ESQUIRE

**ORIGINAL**         ___ WILL             __x__ WILL NOT FOLLOW

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL AND ATTORNEY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Law Offices Of
# McDonnell & Associates, P.C.

Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, Pennsylvania 19406
Telephone: 610-337-2087
Facsimile: 610-337-2575

**Jennifer Lemanowicz, Esquire**　　　　　　　　　　　　　Christina Schmucker, Paralegal
jlemanowicz@mcda-law.com　　　　　　　　　　　　　　　cschmucker@mcda-law.com
*Admitted in Pennsylvania*

February 28, 2023

*Sent Via Facsimile to (267) 299-5067*
The Honorable Juan R. Sánchez
USDC EDPA
James A. Byrne United States Courthouse, Room 14613
Philadelphia, Pennsylvania 19106-1797

   RE: <u>Lorena Wiest v. Walmart Inc., *et. al.*</u>
      E.D.P.A. 2:23-cv-00502
      Our File No. 282.431

Dear Judge Sánchez:

  This firm represents the Defendants in the above-referenced matter. This action involves an alleged slip and fall at a local Walmart store. The parties have met and conferred and determined that the amount in controversy does not exceed the jurisdictional minimum of $75,000. Therefore, the parties respectfully request Your Honor's approval of the enclosed Consent Order remanding this matter to the Pennsylvania Court of Common Pleas for Philadelphia County. Attached to the Consent Order is a Stipulation to Limit Damages that the parties intend to file upon remand to state court.

  Thank you for Your Honor's consideration in this regard. If the Court has any questions, or prefers a more formal motion, we would be happy to provide any additional information or submission the Court requires.

                   Respectfully submitted,

**SPEAR, GREENFIELD, RICHMAN, WEITZ**　　　　McDONNELL & ASSOCIATES, P.C.
**& TAGGART P.C**

By: */s/ Marc F. Greenfield*　　　　　　　　　By: */s/ Jennifer Lemanowicz*
   Marc F. Greenfield, Esquire　　　　　　　　  Jennifer Lemanowicz, Esquire
   *Attorney for Plaintiff*　　　　　　　　　　　  *Attorneys for Defendants*

Enclosures
cc: Marc F. Greenfield, Esquire (*via e-mail*)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORENA WIEST<br>              Plaintiff,<br>v.<br>WALMART INC., and WAL-MART STORES EAST, LP, and WAL-MART STORSE EAST, INC.<br>              Defendants. | CIVIL ACTION - LAW<br><br>No: 2:23-cv-00502<br><br>JURY TRIAL DEMANDED |

## CONSENT ORDER TO REMAND

The parties hereby **STIPULATE** and **AGREE** that this matter shall be remanded to the Pennsylvania Court of Common Pleas for Philadelphia County since the amount in controversy does not exceed $75,000, exclusive of interest and costs. The parties further **AGREE** to file the attached Stipulation to Limit Damages upon remand to state court limiting the full amount of Plaintiff's damages, if any, to an amount not in excess of $75,000.

Respectfully submitted,

SPEAR, GREENFIELD, RICHMAN,　　　　McDONNELL & ASSOCIATES, P.C.
WEITZ & TAGGART P.C

By: _____　　　　By: _____
Marc F. Greenfield, Esquire　　　　　　　Patrick J. McDonnell, Esquire
*Attorney for Plaintiff*　　　　　　　　　　Jennifer Lemanowicz, Esquire
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**APPROVED BY THE COURT:**

/s/ Juan R. Sánchez
The Honorable Juan R. Sánchez, USDJ

Date: 2/28/2023

|  |  |
|---|---|
| LORENA WIEST<br>                      Plaintiff,<br>v.<br><br>WALMART INC., and WAL-MART STORES EAST, LP, and WAL-MART STORSE EAST, INC.<br>                      Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PA<br><br>JANUARY TERM, 2023<br>No: 01432<br><br>JURY TRIAL DEMANDED |

### STIPULATION TO LIMIT DAMAGES

1. Defendants, Walmart, Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc., had the right pursuant to 28 U.S.C. §§ 1441 and 1446 to remove this matter to Federal Court and did so on February 8, 2023; and

2. Plaintiff agrees to limit the damages to which she is entitled to recover, if any; and

3. Plaintiff's Counsel has express authority to limit Plaintiff's damages as set forth herein; and

4. In reliance upon Plaintiff's express agreement to the limitation of damages set forth herein, this matter will be remanded to State Court.

THEREFORE, on this 28th day of February, 2023, the parties hereby **STIPULATE** and **AGREE** that the full amount and/or value of the matter in controversy and damages to which Plaintiff may be entitled to in this matter shall *not* exceed the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

SPEAR, GREENFIELD, RICHMAN, WEITZ & TAGGART P.C

By: _____
    Marc F. Greenfield, Esquire
    *Attorney for Plaintiff*

McDONNELL & ASSOCIATES, P.C.

By: _____
    Patrick J. McDonnell, Esquire
    Jennifer Lemanowicz, Esquire
    *Attorneys for Defendants*